**Richard CARMACK, Appellant,**

v.

**Rosalee KIRBY, Co–Representative of the Estate of Irma Frances Carmack, Deceased, Joann Meyer, Co–Personal Representative of the Estate of Irma Frances Carmack, Deceased, Kenneth Earl Carmack, Co–Representative of the Estate of Irma Frances Carmack, Deceased, Bernie Carmack, Maurice Carmack and Tri–County Trust Company, Respondents.**

**WD 77436**

Missouri Court of Appeals,
Western District.

Order filed: January 27, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 2015

Application for Transfer Denied April 28, 2015

Carlyle L. Foley, Columbia, for Appellant.

Brent E. Haden, Columbia, for Respondents.

Before Division Two: Joseph M. Ellis, Presiding Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge

### ORDER

PER CURIAM:

Richard Carmack, son of decedent Irma Carmack, appeals the judgment of the trial court ruling in favor of decedent's other children in his action to seek specific performance of an "Option to Purchase" and to determine the rights and liabilities of the parties as to a beneficiary deed regarding the same property. The trial court ruled that the "Option to Purchase" was null and void, ruled that the beneficiary deed was not subject to the "Option to Purchase", denied Richard Carmack's petition, and found in favor of the other children on both counts of his petition. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).